**Scott L. NOKES, Appellant,**

v.

**UNITED STATES COAST GUARD; Norman Y. Mineta, being sued as The Honorable Norman Y. Mineta, Secretary of Transportation, in his official capacity; Jody Breckenridge, Captain, Commanding Officer, Coast Guard Recruiting Center, in her official capacity; United States Attorney's Office, being sued as the United States Attorney's Office, Minneapolis, Minnesota; U.S. Attorney General, being sued as the United States Attorney General's Office, Washington, DC, Appellees.**

---

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.

No. 03–1231.

United States Court of Appeals, Eighth Circuit.

Submitted June 12, 2003.

Decided June 16, 2003.

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Scott Nokes appeals the district court's [1] denial of his request for emergency relief enjoining a court-martial proceeding during the pendency of proceedings on his Administrative Procedures Act claim. Having carefully reviewed the record, we conclude the district court properly denied Nokes a preliminary injunction. *See Schlesinger v. Councilman*, 420 U.S. 738, 758, 95 S.Ct. 1300, 43 L.Ed.2d 591 (1975) ("when a serviceman charged with crimes by military authorities can show no harm other than that attendant to resolution of his case in the military court system, the federal district courts must refrain from intervention, by way of injunction or otherwise"). Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.